### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 00-30076-001 |
| JASON M. SCRIMPSHER, | ) |
| Defendant, | ) |
| A-LERT CONSTRUCTION SERVICES, | ) |
| Garnishee. | ) |

### MOTION FOR ENTRY OF AGREED ORDER
### OF CONTINUING EARNINGS GARNISHMENT

Now comes the Plaintiff, United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and moves this Court to enter the Agreed Order of Continuing Earnings Garnishment attached as Exhibit A and states as grounds the following:

1. On April 2, 2001, the Defendant JASON M. SCRIMPSHER was ordered, as part of his criminal judgment, to pay restitution of $32,000.00 and post-judgment interest which accrued during the first year of supervised release at the rate of 1.70% to the victim of his offense.

2. As of December 18, 2006, $375.00 has been credited toward the restitution debt, leaving a balance due of $35,745.25 ($31,625.00 restitution principal & $4,120.25 interest).

3. SCRIMPSHER is on supervised release with U.S. Probation Office until March 28, 2007.

4. SCRIMPSHER is employed and his wages are subject to garnishment.

-2-

5. The United States, the Defendant, and the Garnishee have signed an Agreed Order of Continuing Earnings Garnishment whereby $50.00 will be withheld each weekly pay period from the Defendant's net disposable earnings and turned over to the U.S. District Clerks Office.

WHEREFORE, the United States is requesting the Court to approve and enter the attached Amended Agreed Order.

                                                    Respectfully Submitted,

                                                    RODGER A. HEATON
                                                    UNITED STATES ATTORNEY

Date: December 20, 2006                              s/ Elizabeth L. Collins
                                                      _____
                                   By:    Elizabeth L. Collins, Bar # 487864
                                                 Attorney for Plaintiff
                                                 United States Attorneys Office
                                                 318 S. 6th Street
                                                 Springfield, Illinois 62701
                                                 Tel: 217-492-4450
                                                 Fax: 217-492-4888
                                                 E-mail: Beth.Collins@usdoj.gov

-3-

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION** has been made upon the following individuals by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    Jason M. Scrimpsher
    430 Carol Manor
    Decatur, IL 62526

    Ms. Cheryl Shaw
    Payroll, A-Lert Construction Services
    Post Office Box 531
    Fredonia, KS 66736

Date: December 20, 2006          s/ Elizabeth L. Collins

                                        By:    Elizabeth L. Collins, Bar # 487864
                                                   Attorney for Plaintiff
                                                     United States Attorneys Office
                                                     318 S. 6th Street
                                                     Springfield, Illinois 62701
                                                     Tel: 217-492-4450
                                                     Fax: 217-492-4888
                                                     E-mail: Beth.Collins@usdoj.gov