E-FILED
Wednesday, 20 December, 2006 03:54:46 PM
Clerk, U.S. District Court, ILCD

**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON M. SCRIMPSHER, )<br>)<br>Defendant, )<br>)<br>A-LERT CONSTRUCTION SERVICES, )<br>)<br>Garnishee. )<br>) | COURT NO. 00-30076-001 |

### AGREED ORDER OF CONTINUING EARNINGS GARNISHMENT

The parties, the United States of America, the defendant, JASON M. SCRIMPSHER and the garnishee, A-LERT CONSTRUCTION SERVICES agree and stipulate as follows:

1. The defendant's name is JASON M. SCRIMPSHER, Social Security Number xxx-xx-7618 and his last known address is in Decatur, IL.

2. A Judgment was entered against the defendant, JASON M. SCRIMPSHER in this action in the amount of $32,100.00 consisting of a $100.00 special assessment and $32,000.00 joint & several restitution, with post-judgment restitution interest at the rate of 1.70% which has been accruing since the defendant was first liable for interest and will continue to accrue on the restitution balance until the principal is paid in full. The total restitution balance due on the Judgment is $35,612.68 ($31,625.00 principal and $3,987.68 interest) as of September 19, 2006.

3. The garnishee, A-LERT CONSTRUCTION SERVICES has in its possession, custody or control property of the defendant in the form of wages and/or compensation paid to the defendant, JASON M. SCRIMPSHER.

4.  The defendant, JASON M. SCRIMPSHER waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives his right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5.  The garnishee, A-LERT CONSTRUCTION SERVICES waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives its rights to answer and waives its right to be heard in this matter and any other process to which the garnishee may be entitled under the Federal Debt Collection Procedures Act of 1990.

6.  The defendant, JASON M. SCRIMPSHER agrees and stipulates that his wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of an Agreed Order of Continuing Earnings Garnishment proper.

7.  The parties therefore agree and stipulate to the entry of an Agreed Order of Continuing Earnings Garnishment against the non-exempt wages and/or compensation of the defendant, JASON M. SCRIMPSHER. It is expressly agreed and stipulated to by the parties that the garnishee, shall pay into the hands of the United States District Court, at least monthly, $50.00 withheld from defendant's weekly disposable earnings (subtract Federal Income Tax, F.I.C.A., State Tax and other required withholding (if any)). It is agreed this amount is subject to increase depending on the defendant's earnings.

8.  The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $32,100.00, upon which there is an unpaid joint & several restitution balance of $35,612.68 as of September 19, 2006, which includes accrued interest at the rate of 1.70%. These deductions are to continue until the unpaid

-3-

balance, plus accruing interest, is fully paid and satisfied or the Garnishee no longer has property belonging to the Defendant.

Checks should be made payable to the "**UNITED STATES DISTRICT COURT**" and mailed to the **United States District Clerk's Office, Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61201** and reference Court No. 00-30076-001 on the payment so property credit will be given to the defendant.

9.  This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: **9/20/2006**

s/Elizabeth Collins
Elizabeth L. Collins, Bar #487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
Email: beth_collins@usdoj.gov

DATE: 10/19/06

JASON M. SCRIMPSHER, Defendant

DATE: 10/19/06    Approved:

Gwen White, U.S. Probation Officer

DATE: 11/28/06

Cheryl Shaw   Cheryl Shaw  Payroll
Signature, Printed Name & Title
A-LERT CONSTRUCTION SERVICES,

-4-

**APPROVED AND SO ORDERED** this 20th day of December, 2006

s/Jeanne E. Scott
---
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE

Copies to:

Elizabeth L. Collins
Assistant United States Attorney
318 S. 6th Street
Springfield, Illinois 62701

JASON M. SCRIMPSHER, Judgment Defendant

GWEN WHITE, U.S. Probation Officer

A-LERT CONSTRUCTION SERVICES, Garnishee Defendant