**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 00-30076-001 |
| JASON M. SCRIMPSHER, | ) |
| Defendant, | ) |
| A-LERT CONSTRUCTION SERVICES, | ) |
| Garnishee. | ) |

**FINAL ACCOUNTING OF AGREED ORDER OF CONTINUING EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9)(B), makes the following final accounting on the Agreed Order of Continuing Earnings Garnishment entered by this Court on December 20, 2006:

1. Amount collected through this Order: $750.00.

2. The garnishment is terminated because the defendant's employment has terminated as of April 2, 2007.

Furthermore, within 10 days from the receipt of this accounting, the defendant and/or the garnishee may file a written objection to the accounting stating the grounds for the objection, and request a hearing.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: June 7, 2007

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Beth.Collins@usdoj.gov

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **FINAL ACCOUNTING** on June 7, 2007, been made upon the following individuals by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

A-LERT CONSTRUCTION SERVICES
Attention:  Wyn Beal, Employee Services Assistant
P.O. Box 531
Fredonia, KS 66736

JASON M. SCRIMPSHER
430 Carol Manor
Decatur, IL 62526

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Beth.Collins@usdoj.gov