**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 00-30076-001 |
| JASON M. SCRIMPSHER, | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

s/James A. Lewis
_____
JAMES A. LEWIS Bar #5470 (NC)
Attorney for the Plaintiff
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Tele: 217/492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **ENTRY** was presented to, in person, and/or mailed on October 19, 2007, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Jason M. Scrimpsher

s/James A. Lewis
_____
JAMES A. LEWIS Bar #5470 (NC)
Attorney for the Plaintiff
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Tele: 217/492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov