E-FILED
Friday, 11 April, 2008  04:40:25 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-30076 |
| JASON M. SCRIMPSHER, | ) | |
| Defendant, | ) | |
| ALL TRI-R INC., | ) | |
| Garnishee. | ) | |

### O R D E R

JEANNE E. SCOTT, U.S. District Judge:

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

THEREFORE IT IS ORDERED that a Writ of Continuing Earnings Garnishment submitted by the Government shall be issued.

ENTER: April 11, 2008

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE