# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 00-30076-001 |
| | ) | |
| JASON M. SCRIMPSHER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ALL TRI-R INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## WRIT OF CONTINUING EARNINGS GARNISHMENT

**TO:   ALL TRI-R INC.
      Attn:  Ms. Marilyn Peifer, Payroll Department
      Post Office Box 273, Pana IL**, Garnishee.

1. An Application for Writ of Continuing Earnings Garnishment against the property of JASON M. SCRIMPSHER, defendant, has been filed with this Court. A Judgment has been entered against this defendant, whose last known address is in Decatur, IL, for criminal monetary penalties consisting of a $100.00 special assessment and $32,000.00 restitution. The balance due on the Judgment is $35,329.41 which includes 1.70% interest accrued through April 8, 2008.

2. The United States is represented by James A. Lewis, Assistant United States Attorney, 318 S. 6th St., Springfield, Illinois 62701.

3. You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, being   nonexempt disposable earnings.

2

4. The answer shall include a description and the value of the defendant's nonexempt disposable earnings, a description of any previous garnishments to which defendants earnings are subject and the extent to which any remaining earnings are nonexempt, and, the amount of the debt (earnings) the garnishee anticipates owing to the defendant in the future and whether the period for payment will be weekly or and the specified period.

5. The original answer of the garnishee shall be filed with the **Clerk of the U.S. District Court 600 E. Monroe, Rm 151, Springfield, Il 62701**, with a copy mailed to the defendant and the United States Attorneys Office, Financial Litigation Unit at 318 S. 6th St., Springfield, Il 62701.

6. You are required to withhold and retain pending further order any of the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less, which you are now, or may in the future, become indebted to the defendant.

s/ Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

**DATED:** 4/11/2008