IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 03-30076-001 |
| | ) | |
| JASON M. SCRIMPSHER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ALL TRI-R INC., | ) | |
| | ) | |
| Garnishee. | ) | |

**A F F I D A V I T**

State of Illinois
County of Sangamon

I, James A. Lewis, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on JASON M. SCRIMPSHER, defendant, on the 22nd day of April, 2008 by placing the Writ in the United States mail, postage prepaid, addressed to his last known address in Decatur IL along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

                s/ James A. Lewis
                _____
        By: James A. Lewis, Bar No. 5470 (NC)
           United States Attorneys Office
           318 S. 6th Street
           Springfield, IL 62701
           Phone: 217/492-4450
           Fax: 217/492-4888 or 4580
           email: jim.lewis2@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, James A. Lewis, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED: April 22, 2008                           s/James A. Lewis

                                                                                                              _____

By:   James A. Lewis, Bar No. 5470 (NC)
      United States Attorneys Office
      318 S. 6th Street
      Springfield, IL 62701
      Phone: 217/492-4450
      Fax: 217/492-4888 or 4580
      email: jim.lewis2@usdoj.gov

3

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **A F F I D A V I T**, has been made by placing in the United States mail, postage prepaid, addressed to:

> JASON M. SCRIMPSHER
> 865 S. 21st
> Decatur, IL 62521
>
> ALL TRI-R INC.
> Attn: Ms. Marilyn Peifer
> Post Office Box 273
> Pana, IL 62557

April 22, 2008

                                              s/ James A. Lewis

                                              _____

By:   James A. Lewis, Bar No. 5470 (NC)
        United States Attorneys Office
        318 S. 6th Street
        Springfield, IL 62701
        Phone: 217/492-4450
        Fax: 217/492-4888 or 4580
        email: jim.lewis2@usdoj.gov