**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 00-30076-01 |
| JASON M. SCRIMPSHER, | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO STRIKE DOCUMENT**

The United States moves to withdraw the Entry of Appearance (Doc. 33) amd the Affidavit (Doc. 34) filed in this case this date, because these documents have been e-filed in the incorrect document type and/or case number.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: April 22, 2008

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Jim.Lewis2@usdoj.gov