E-FILED
Tuesday, 22 April, 2008  01:28:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 00-30076-001 |
| | ) |
| JASON M. SCRIMPSHER, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| ALL TRI-R INC., | ) |
| | ) |
| Garnishee. | ) |

**A F F I D A V I T**

State of Illinois
County of Sangamon

I, James A. Lewis, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on JASON M. SCRIMPSHER, defendant, on the 22nd day of April, 2008 by placing the Writ in the United States mail, postage prepaid, addressed to his last known address in Decatur IL along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

s/ James A. Lewis
_____
By:   James A. Lewis, Bar No. 5470 (NC)
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888 or 4580
email: jim.lewis2@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, James A. Lewis, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED: April 22, 2008                                     s/James A. Lewis

                                                             _____

By:    James A. Lewis, Bar No. 5470 (NC)
        United States Attorneys Office
        318 S. 6th Street
        Springfield, IL 62701
        Phone: 217/492-4450
        Fax: 217/492-4888 or 4580
        email: jim.lewis2@usdoj.gov

3

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>JASON M. SCRIMPSHER
>865 S. 21st
>Decatur, IL 62521
>
>ALL TRI-R INC.
>Attn: Ms. Marilyn Peifer
>Post Office Box 273
>Pana, IL 62557

April 22, 2008

s/ James A. Lewis

By: James A. Lewis, Bar No. 5470 (NC)
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888 or 4580
email: jim.lewis2@usdoj.gov