UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 00-30076-001 |
| JASON M. SCRIMPSHER, | ) |
| Defendant, | ) |
| ALL TRI-R INC., | ) |
| Garnishee. | ) |

CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7003 1010 0000 2840 8178 on April 24, 2008:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

Respectfully submitted,

s/ James A. Lewis

By:  James A. Lewis  NC Bar No. 5470
Attorney for Plaintiff
United States Attorneys Office
318 South 6th Street
Springfield, Il 62701
Telephone: 217/492-4450
Fax:  217/492-4888 or 4580
email:  jim.lewis2@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing CERTIFICATE OF SERVICE, has been placed in the United States mail addressed to:

>JASON M. SCRIMPSHER
>865 S. 21st
>Decatur, IL 62521
>
>ALL TRI-R INC.
>Attn: Ms. Marilyn Peifer
>Post Office Box 273
>Pana, IL 62557

Date: April 24, 2008

s/ James A. Lewis

By: James A. Lewis  NC Bar No. 5470
Attorney for Plaintiff
United States Attorneys Office
318 South 6th Street
Springfield, Il 62701
Telephone: 217/492-4450
Fax: 217/492-4888 or 4580
email: jim.lewis2@usdoj.gov