UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 00-30076-001 |
| ) | |
| JASON M. SCRIMPSHER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ALL TRI-R INC., ) | |
| ) | |
| Garnishee. ) | |

FILED
APR 3 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ORIGINAL

### ANSWER OF THE GARNISHEE

1. **IF GARNISHEE IS AN INDIVIDUAL:**

   That he/she is Garnishee herein doing business in the name of _____.

   **IF GARNISHEE IS A PARTNERSHIP:**

   That he/she is a member of a partnership in the name of _____.

   **IF GARNISHEE IS A CORPORATION:**

   That he/she is the (State Official Title) __SEC/TREASURER__ of Garnishee, a corporation organized under the laws of the State of __DELAWARE__.

2. The address of the Garnishee is __P.O. BOX 273  PANA, IL  62557__ _____.

3. The Garnishee was served with the Writ of Continuing Garnishment on __4/24/08__ (Date).

2

4. For the pay period in effect on this date of service:

A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.   <u>X</u> Yes __ No

If yes, indicate type of compensation owed: <u>    WAGES                                                    </u>.

B. Indicate the payment periods: <u>X</u> weekly, __ bi-weekly, __ semi-monthly, __ monthly.

C. State when the present payment period began: <u>    4/21/08    </u>(Date) and ends <u>    4/27/08    </u>(Date).   (The present pay period is the pay period in which this Order and Notice of Garnishment were served)

D. Enter the total amount of payment due and Calculate below:

    (1) Total Payment      $   608.00

    (2) Federal income tax      $   73.80

    (3) FICA      $   45.29

    (4) State income tax      $   17.76

    (5) Other required and specify      $ 

    Total of required withholdings      $   136.85

    Disposable earnings      $   471.15

5. Are there any previous garnishments in effect:

__ Yes <u>X</u> No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

_____

_____

_____

3

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts: WEEKLY PAYROLL "FLUCTUATING PAYROLL"

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 117.79 | 5/2/08 |
| 2. $ 117.79 | 5/9/08 |
| 3. $ 117.79 | 5/16/08 |
| 4. $ 117.79 | 5/23/08 |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant:

_____

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim: _____

_____

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____

_____

4

8. On ___4/29/08___, the Garnishee mailed a copy of this answer by first-class mail to:

    (a) **Original** to:    Clerk, U.S. District Court
                                600 E. Monroe, Rm 151
                                Springfield, Illinois 62701

    (b) Debtor Name:    JASON M. SCRIMPSHER
                 at:    865 S. 21st
                         Decatur, IL 62521

    © The Attorney for the United States:

        U. S. Attorneys Office
        Financial Litigation Unit
        318 S. 6th Street
        Springfield, Illinois 62701

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

*[Signed]* Marilyn D. Peifer SEC/TREAS
Signature & Title

MARILYN D. PEIFER SEC/TREAS
(Printed Name & Title)

P.O. BOX 273
Address

PANA, IL   62557

217-562-5091
Telephone

217-562-5093
Fax Number

SECRETARY/TREASURER
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)