E-FILED
Thursday, 19 June, 2008 02:08:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 00-30076-001 |
| | ) | |
| JASON M. SCRIMPSHER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ALL TRI-R INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## MOTION FOR TURNOVER ORDER

The United States moves for an order directing ALL TRI-R INC. to turn over to the Clerk of the U.S. District Court, Attention: Finance Department, 100 N.E. Monroe Street, Room 309, Peoria, IL 61602, all the funds withheld from the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage which ever is less, from date of the receipt of the Writ of Continuing Earnings Garnishment to the date of the turnover order and then in accordance with the Agreed Stipulation (See Exhibit A) which the garnishee is now, or may in the future, become indebted to the defendant for payment on the monetary debts of JASON M. SCRIMPSHER owed in this case and states as grounds the following.

    1. A Writ of Earnings Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee and the Defendant;

    2. Pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on May 1, 2008 stating that at the time of the service of the Writ it had in its possession or under its

-2-

control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant:

3. The Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

    Respectfully submitted,

    **RODGER A. HEATON**
    **UNITED STATES ATTORNEY**

DATE: June 19, 2008

    s/James A. Lewis
    James A. Lewis, NC Bar # 5470
    Attorney for Plaintiff
    United States Attorneys Office
    318 S. 6th Street
    Springfield, Illinois 62701
    Tel: 217-492-4450
    Fax: 217-492-4888 or 4580
    E-Mail: Jim.Lewis2@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 00-30076-001 |
| | ) | |
| JASON M. SCRIMPSHER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ALL TRI-R INC., | ) | |
| | ) | |
| Garnishee. | ) | |

### TURNOVER ORDER FOR EARNINGS

JEANNE E. SCOTT, U.S. District Judge:

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on May 1, 2008, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee pay:

(1) All the funds withheld from the time of receipt of the Writ to the date of the turnover order;

(2) $75.00 per week for twelve months from the date of turnover;

(3) $100.00 per week for the next twelve months; and,

-2-

(4) Thereafter, pay to the United States the defendant's 25% non exempt interest in wages, salary, commissions or bonuses to the **"Clerk, United States District Court"**, referencing the Court No. 00-30076-001 on the payment, and mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602**;

(5) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

(6) pay these amounts monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

This garnishment is terminated upon receipt of payment in full by the Clerk of the U.S. District Court.

IT IS THEREFORE SO ORDERED.

ENTER: _____.

      FOR THE COURT:

                                            JEANNE E. SCOTT
                                            UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION FOR TURNOVER ORDER, AND PROPOSED ORDER** have been placed in the United States mail addressed to:

JASON M. SCRIMPSHER
4140 Cerro Gordo Street
Decatur, IL 62521

ALL TRI-R INC.
Attn: Ms. Marilyn Peifer
Post Office Box 273
Pana, IL 62557

DATE: June 19, 2008

s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov