E-FILED
Thursday, 19 June, 2008 02:09:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 00-30076-001 |
| ) | |
| JASON M. SCRIMPSHER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ALL TRI-R INC., ) | |
| ) | |
| Garnishee. ) | |

## AGREED STIPULATION ON EARNINGS GARNISHMENT

The United States, by James A. Lewis, Assistant U.S. Attorney, and the Defendant, Jason M. Scrimpsher, agree to the entry of a "Turnover Order for Earnings" which orders the Garnishee to withhold from the Defendant's earnings and turnover to the United States for payment on the debt:

1. All the funds withheld from the time of the receipt of the Writ to the date of the turnover order.

2. $75.00 per week for twelve months from the date of the turnover order,

3. $100.00 per week for the next twelve months, and

4. Thereafter, 25% of the Defendant's disposable earnings each pay period(total earnings minus legally required deductions) or the amount by which disposable earnings exceed 30 times the federal minimum wage until the restitution debt is paid in full or the Garnishee no longer has property of the Defendant.



EXHIBIT
A

2

DATE: 5/13/2008

DATE: 6/16/08

s/ Jason M. Scrimpsher
_____
Jason M. Scrimpsher, Defendant

s/ James A. Lewis
_____
James A. Lewis, Bar # 5470 (NC)
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Jim.Lewis2@usdoj.gov

THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE, ON BEHALF OF THE UNITED STATES OF AMERICA.