E-FILED
Thursday, 19 June, 2008 02:15:21 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 00-30076-001 |
| JASON M. SCRIMPSHER, | ) |
| Defendant, | ) |
| ALL TRI-R INC., | ) |
| Garnishee. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR TURNOVER ORDER

This garnishment proceeding was brought pursuant to the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §3001 et. seq. (hereinafter cited by section number only) to enforce collection of a criminal restitution order.

1. The balance of the criminal restitution debt, including interest, owed as of June 18, 2008 is $35,430.73.

2. The United States Attorney, by delegation of the Attorney General, has the responsibility to enforce collection of criminal restitution orders. 18 U.S.C. § 3612(c).

3. Pursuant to the Court's Order, a writ of garnishment was issued (Doc. 30) and served on Garnishee on April 24, 2008 by Certified Mail No. 7003 1010 0000 2840 8178.

4. The Defendant was advised of his right to a hearing by the Clerk's Notice (Doc. 32).

5. The Garnishee filed an answer in this case (Doc. 38) which showed that the Defendant had non-exempt disposable earnings that are subject to garnishment.

6. Neither the Defendant, nor the Garnishee, filed a request for a hearing.

7. The FDCPA provides that after a Garnishee files an answer, and if no hearing is requested within 20 days after receipt of the Answer, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's non-exempt interest in such property. 28 U.S.C. § 3205(c)(5) & (7).

8. In accordance with § 3002(9) of the FDCPA and § 303 of the Consumer Credit Protection Act (15 U.S.C. §1673), the government is requesting that the garnishee withhold nonexempt disposable earnings being the lesser of 25% of the defendant's disposable earnings or the amount by which the weekly disposable earnings exceed 30 times the federal minimum wage and/or in accordance with the Agreed Stipulation on Earnings Garnishment.

9. The payments by the garnishee should be made to and through the Clerk of the U.S. District Court in accordance with 18 U.S.C. § 3611.

WHEREFORE, the Motion for Turnover Order should be granted and an Order so providing be entered by this Court.

> Respectfully submitted,
> **RODGER A. HEATON**
> **UNITED STATES ATTORNEY**

DATE: June 19, 2008

> s/James A. Lewis
> James A. Lewis, NC Bar # 5470
> Attorney for Plaintiff
> United States Attorneys Office
> 318 S. 6th Street
> Springfield, Illinois 62701
> Tel: 217-492-4450
> Fax: 217-492-4888 or 4580
> E-Mail: Jim.Lewis2@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the Memorandum of Law to:

>JASON M. SCRIMPSHER
>4140 E, Cerro Gordo Street
>Decatur, IL 62521
>
>ALL TRI-R INC.
>Attn:  Ms. Marilyn Peifer
>Post Office Box 273
>Pana, IL 62557

DATE: June 19, 2008

>s/James A. Lewis
>James A. Lewis, NC Bar # 5470
>Attorney for Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888 or 4580
>E-Mail: Jim.Lewis2@usdoj.gov