## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 00-30076-001 |
| | ) |
| JASON M. SCRIMPSHER, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| ALL TRI-R INC., | ) |
| | ) |
| Garnishee. | ) |

### TURNOVER ORDER FOR EARNINGS

JEANNE E. SCOTT, U.S. District Judge:

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on May 1, 2008, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee pay:

(1) All the funds withheld from the time of receipt of the Writ to the date of the turnover order;

(2) $75.00 per week for twelve months from the date of turnover;

-2-

(3) $100.00 per week for the next twelve months; and,

(4) Thereafter, pay to the United States the defendant's 25% non exempt interest in wages, salary, commissions or bonuses to the "**Clerk, United States District Court**", referencing the Court No. 00-30076-001 on the payment, and mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602**;

(5) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

(6) pay these amounts monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

This garnishment is terminated upon receipt of payment in full by the Clerk of the U.S. District Court.

IT IS THEREFORE SO ORDERED.

ENTER: June 20, 2008.

    FOR THE COURT:      s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE